IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTER DIVISION – LOS ANGELES

ALEXANDER VEGA,

    Plaintiff,

v.

FRANK BISIGNANO,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Civil Action No.: 2:24-cv-09765-AJR
Magistrate Judge A. Joel Richlin

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $7,700.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: 10/27/2025

_____
Hon. A. Joel Richlin
United States Magistrate Judge

Page 1